UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEWANTA DESARDOUIN,

                    Plaintiff,

                    v.

CITY OF ROCHESTER, et al,

                    Defendants.
_____

                                        08-CV-6548

                                           **ORDER**

     The Court having been advised by the parties that this matter has settled, this case is hereby dismissed with prejudice.

        **ALL OF THE ABOVE IS SO ORDERED.**

                                    S/Michael A. Telesca
                         _____
                           MICHAEL A. TELESCA
                     United States District Judge

Dated:    Rochester, New York
            May 10, 2016