UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TERRA ROSS-CALEB, ALFONDA
CRAWFORD, JEWANTA DESARDOUIN,
THERESA SMITH & JEAN CLAUDE
DESARDOUIN,

    PLAINTIFFS

vs.

CITY OF ROCHESTER AND VINCENT
MCINTYRE, AS AIDER AND ABETTOR,

    DEFENDANTS

STIPULATION OF
DISCONTINUANCE

08-cv-6548

---

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

June 30, 2016

MELVIN BRESSLER

*(signature)*

*Attorneys for Plaintiff*
58 Tobey Court
Pittsford, New York 14534

Brian F. Curran, Corporation Counsel

*(signature)*

John M. Campolieto, Esq., Of Counsel
*Attorney for Defendants*
30 Church Street, Room 400A
Rochester, New York 14614

1